# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 1, 2021

162045

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PATRICIA L. TEACHOUT, a/k/a PATRICIA
L. ELLIS,
      Plaintiff-Appellee,

v

SC:  162045
COA:  349692
Calhoun CC:  2018-002508-DO

JOHN J. TEACHOUT,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the August 20, 2020 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 1, 2021



b0524

          Clerk